Hand-Delivered



FILED
CHARLOTTE, NC
JAN - 3 2022
US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT

for the

Western District of NC

Charlotte Division

| | |
|---|---|
| MiKa El<br>Plaintiff(s)<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br>Michael E Horowitz et al<br>U.S Department of Justice et al<br>Gretchen Shappert et al U.S. Attorney<br>Defendant(s) See Attach et al<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 3:22-cv-1-RJC<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☑ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | MiKa El |
| Street Address | 3201 Cedarhurst Dr. |
| City and County | Charlotte Mecklenburg |
| State and Zip Code | NC [28213] |
| Telephone Number | 704-713-3724 |
| E-mail Address | mykaelmoors1@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | See Attach |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | See Attach |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | // |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | N/A |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

- [x] Federal question
- [x] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

See Attach

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Myka El, is a citizen of the State of *(name)* N C.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* ______, is incorporated under the laws of the State of *(name)* ______, and has its principal place of business in the State of *(name)* ______.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s) See Attach

   a. If the defendant is an individual

   The defendant, *(name)* ______, is a citizen of the State of *(name)* ______. Or is a citizen of *(foreign nation)* ______.

b. If the defendant is a corporation See Attach

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________. Or is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

See Attach

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attach

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See attach

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/30/21

Signature of Plaintiff: Myka El

Printed Name of Plaintiff: MYKa El

### B. For Attorneys

N/A

Date of signing: ______

Signature of Attorney: ______

Printed Name of Attorney: ______

Bar Number: ______

Name of Law Firm: ______

Street Address: ______

State and Zip Code: ______

Telephone Number: ______

E-mail Address: ______

Defendant Roy Cooper et al.
State of North Carolina Governor et al.
Defendant Mary Morton et. al. Inspetor General NC et al.

Defendant - Superior Court - Kimberly Best of Mecklenburg County Clerk of Superior Court et al (M.C.)

Defendant - Sheriff - Garry McFadden of Mecklenburg County et al. (M.C)

Defendant - Shaprio, Gerald M. and G. Ingle Defendant L.L.P. et al. (S.I.L.L.)
Defendant - James T. Lee (F.G.)
Defendant - State of Texas Governor et al.
Defendant Nita Notory M. Patel (ID 124595704) et al.
(CMCI)
Defendant - Citifinancial Mortgage Company Inc. (CMCI) et al.
Defendant - Roberta Hook et. al (CMI. Inc.)
Defendant - Robert Horne et al. (C.M.C Inc.
Defendant - STACIA STAFFORD et al. (M.C.N)
Defendant - Laura Cambell (S.I.L.L.) et. al.
Defendant - DAVID Kern (S.I.L.L.) et al.

Laura C. VAN Riper (M.C.N.) et al.
Defendant

Defendant - Gail L. Bell (M.C.N.) et al.

Defendants - A. OTTENALice (M.C.N.) et al.

Defendant - M. T. Glen (A.M.C.S.C.) et al.

Defendant - Seline M. Brooks (A.M.C.S.C.) et al.

Defendant - Jenna Kelly, ext. 300 (S.I.L.L.) et al. Shaprio File Keeper File Keeper For

Defendant - Jason K. Purser (S.I.L.L.) et al

Defendant - David W. Neill (S.I.L.L.) et al.

Defendant - David Kreisman (S.I.LL) et al.

Defendant - Grady I. Ingle (S.I.L.L.) et al.

Defendant - James Chadwick Thornton (S.I.L.L.) et al.

Defendant - Eric P. Galuszka (S.I.L.L.) et al.

Defendant - Hal L. Beverly Jr. (S.I.LL) et al.

Defendant - Gerald M. Shapiro (S.I.LL) et al.

Defendant - Robert Gray Austin, III (S.I.L.L) et al.

Defendant - Cameron S. Wesley (S.I.L.L.) et al.

Defendants - Dianne Senn (M.C.S.C) et al.

Defendant - O. Kyland # 718 1345 LRS (M.C.S) et al.

Defendant - Joseph Borgese (S.I.L.L.) et al.

Defendant - Chris Karrenstein) (M.C.N.) (SILL)

Defendant - Wilworth Properties L.L.C et al.

Defendant - Louis Properties, L.L.C

Defendant - W. johnson 568# (M.C.S)

Defendant - Jim Pendergraph (M.C.S.)

Defendant - Beth Miller X (HomeSense financial Corp.) et al
Borrowed Money in Plaintiff NAME

Defendant - Home Sense financial Corp. et al.
Beth Miller V.P. et. al

Defendant - Jeffery Treat (M.C.N.) et. al.
The First Notary to Sign Seal 1999

Defendant - Nancy Jones (County of Mecklenburg Register of Deeds Deputy/Assistant

Defendant - Pat Willis et al.

Defendant - State of MISSOURI Governor et al
Pat Willis Notary ST. Charles, County of. et al.

Defendant County of ST. CHARLES et al.

Defendant Rico Rodriguez et al. (S.I.L.L)

Defendant Roy Cooper et al



4

Defendants Address -

David V. Neill (Mangers) et al. (S.I.L.L.)

5404 Cypress Center Drive

Tampa FL 33609

Defendant - Emem Dreher (M.C.R.D.)

Defendant Address

Nita M. Patel - (ID: 1245 95704) et al.

1111 Northpoint Drive

Coppell, Texas 75019

Defendant Address

John Smith et al. (Citifinancial Mortage Company Inc. et al. (C.M.C.I.)

Street Name Unknown at this time - need help locating Mrs. Patel

Mr. Smith Correct Address if its a real person

Witness on July 10, 2004.

Defendant Address

Robert Forquer (F.G) et al.

8320 Univ. Exec. Park Drive

Charlotte, NC 28262

Defendant Address 4801 E. Independence Blvd. #900

Charlotte, NC 28212-5490

Forquer Lattimore

and Calaway et al. Defendants Names all appear on Court Records 20

Myka El
Ora Lee Weddington
Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT NORTH CAROLINA
CHARLOTTE DIVISON

V. U.S. Gretchen C.F. Shappert et al.
Defendants Address U.S. Mag Defendant David Kessler et al

David V. Neill (Mangers) et al. (S.I.L.L.)
5404 Cypress Center Drive
Tampa FL 33609
Defendant - Emem Dreher (M.C.R.D.)
Defendant Address
Nita M. Patel (ID:124595704) et al.
1111 Northpoint Drive
Coppell, Texas 75019

Defendant Address
John Smith et al (Citi financial Mortage Company Inc. et al. (C.M.C.I.)
Street Name Unknown at this time - need help locating
Mr. Smith correct Address if its a real person Mrs. Patel
Witness on July 10, 2004.
Defendant Address
Robert Forquer (F.G) et al.
8320 Univ. Exec. Park Drive
Charlotte, NC 28262
Defendant Address 4801 E. Independence Blvd. #900
Forquer, Lattimore Charlotte, NC 28212-5490
and Calaway et al.

Defendants Names all appear on Court Records, 2004-



1